# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| **PETER WILSON, on behalf of himself and others similarly situated,**  *Plaintiff*  v.  **KORVATO LLC**  *Defendant* | ) ) ) ) ) ) ) ) ) ) Civil Action No. 1:25-cv-635 |

## AFFIDAVIT OF SERVICE

I, Reginald Mitchell, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to Korvato LLC in Clark County, NV on April 2, 2025 at 2:57 pm at 732 South 6th Street, suite r, Las Vegas, NV 89101 by leaving the following documents with Kyle Doe (last name refused) who as Registered Agent is authorized by appointment or by law to receive service of process for Korvato LLC.

Summons, Civil Cover Sheet, Complaint - Class Action

Asian Male, est. age 25-34, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=36.1608176376,-115.1448360289
Photograph: See Exhibit 1

Total Cost: $85.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in <u>Clark County</u>, <u>NV</u> on <u>4/3/2025</u>. | /s/ *Reginald Mitchell* <br> Signature <br> Reginald Mitchell <br> +1 (702) 502-2596 |



Exhibit 1a)