## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

Peter Wilson, individually and on
behalf of all others similarly situated,

CIVIL CASE NO. 25-cv-635

vs.

JUDGE Pamela A. Barker

AG Acumen LLC d/b/a Korvato

PRAECIPE FOR ISSUANCE

☒ ORIGINAL SUMMONS

☐ ALIAS SUMMONS

☐ THIRD PARTY SUMMONS

☐ CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC

☐ CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

☐ WRIT OF EXECUTION

☐ OTHER (Please Specify) _____

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule 4.2.

Date: 8/12/2025

By: /s/ Anthony Paronich

Attorney for Plaintiff Peter Wilson

revised 02/2009