# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| **Peter Wilson, individually and on behalf of all others similarly situated,** <br><br> *Plaintiff* <br><br> v. <br><br> **AG Acumen LLC d/b/a Korvato** <br><br> *Defendant* | ) ) ) ) ) ) Civil Action No. 1:25-cv-00635-PAB ) ) ) ) |

## AFFIDAVIT OF SERVICE

I, Aqualla Stephen, state:

I am 18 years or older and not a party to this action or a member of a corporation or organization that is a party to this action.

I served the following documents to AG Acumen LLC d/b/a Korvato in Duval County, FL on September 4, 2025 at 11:46 am at 77 Dewees Ave, FL 32233., Atlantic Beach, FL 32233 by leaving the following documents with Timothy Aballo who as Registered Agent is authorized by appointment or by law to receive service of process for AG Acumen LLC d/b/a Korvato.

SUMMONS IN A CIVIL ACTION, FIRST AMENDED COMPLAINT - CLASS ACTION

Additional Description:
Personally hand served to registered agent, Timothy Aballo, at 11:46 am

Unknown Race Male, est. age 45-54, glasses: N, Black hair, 160 lbs to 180 lbs, 5' 6" to 5' 9".
Geolocation of Serve: https://google.com/maps?q=30.3416585,-81.3982957
Photograph: See Exhibit 1


Total Cost: $170.00

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FACTS HEREIN ARE TRUE AND CORRECT.

| | |
|---|---|
| Executed in    Duval County   ,   FL    on    9/10/2025   . | /s/ *Aqualla Stephen* <br> Signature <br> Aqualla Stephen <br> +1 (904) 479-8563 |



Exhibit 1a)