IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
FOR THE EASTERN DIVISION

| | | |
|---|---|---|
| PETER WILSON, on behalf of himself and others similarly situated, | ) ) ) | Case No. 1:25-cv-00635-PAB |
| Plaintiff, | ) ) ) | Judge Pamela A. Barker |
| vs. | ) ) ) | **UNOPPOSED MOTION BY DEFENDANT AG ACUMEN LLC FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |
| AG ACUMEN LLC, | ) ) | |
| Defendant. | ) | |

Defendant AG Acumen LLC ("AG Acumen") moves the Court for a 28-day extension of time, to and through October 23, 2025, to respond to Plaintiff's First Amended Complaint. AG Acumen was added as a new defendant in the First Amended Complaint, and the extension is requested to permit defendant and its counsel sufficient time to investigate the factual allegations made in the complaint and prepare its response. This is AG Acumen's first request for an extension of time.

Plaintiff has indicated that he does not oppose this request for additional time.

Wherefore, AG Acumen requests that the Court grant its motion and extend its time to respond to the First Amended Complaint to and through October 23, 2025.

Respectfully submitted,

*/s/ Daniel H. Bryan*
Daniel H. Bryan (0095309)
*dbryan@taftlaw.com*
TAFT STETTINIUS & HOLLISTER LLP
200 Public Square, Suite 3500
Cleveland, OH 44114
(216) 241-2838
(216) 241-3707 (facsimile)

—and—

        Isaac J. Colunga (*pro hac vice anticipated*)
        *IColunga@taftlaw.com*
        TAFT STETTINIUS & HOLLISTER LLP
        111 East Wacker, Suite 2600
        Chicago, IL 60601-4208
        (312) 527-4000
        (312) 527-4011 (facsimile)

        *Attorneys for Defendant*
        *AG Acumen, LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 24, 2025, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        */s/ Daniel H. Bryan*
                                        Daniel H. Bryan (0095309)
                                        *dbryan@taftlaw.com*

                                        *Attorney for Defendant*
                                        *AG Acumen, LLC*

176555257v1