IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
FOR THE EASTERN DIVISION

| | |
|---|---|
| PETER WILSON, on behalf of himself and others similarly situated, ) ) ) | Case No. 1:25-cv-00635-PAB |
| Plaintiff, ) ) | Judge Pamela A. Barker |
| vs. ) ) ) | **Motion for Admission of Isaac J. Colunga Pro Hac Vice** |
| AG ACUMEN LLC, ) ) ) | |
| Defendant. ) | |

Defendant AG Acumen LLC ("AG Acumen") moves this Court to admit Isaac J. Colunga of the law firm Taft Stettinius & Hollister LLP, *pro hac vice*, so that he may serve as co-counsel for AG Acumen in this matter. In accordance with Local Rule 83.5(h), AG Acumen states as follows:

1. Mr. Colunga is an active member in good standing of the Bar of the State of Illinois, without any restriction on his eligibility to practice, and is admitted to practice before the Supreme Court of Illinois. Mr. Colunga has been a member in good standing since he was first admitted to practice law in Illinois in November 9, 2006. Mr. Colunga's Illinois State bar registration number is 6289253.

2. Mr. Colunga's address, telephone number, facsimile number, and e-mail address are as follows:

>Isaac J. Colunga
>Taft Stettinius & Hollister LLP
>111 East Wacker, Suite 2600
>Chicago, IL 60601-4208
>T: (213) 527-4000
>F: (213) 527-4011
>icolunga@taftlaw.com

3. Mr. Colunga has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, and has never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

4. The declaration of Mr. Colunga in support of this Motion for Admission *Pro Hac Vice* is attached as Exhibit A pursuant to Local Rule 83.5(h).

5. The *pro hac vice* admission fee is being paid contemporaneously with the filing of this motion.

AG Acumen, therefore, respectfully requests that this Court permit Isaac J. Colunga of the law firm of Taft Stettinius & Hollister LLP, to appear on its behalf in this proceeding *pro hac vice.*

        Respectfully submitted,

        */s/ Daniel H. Bryan*
        Daniel H. Bryan (0095309)
        *dbryan@taftlaw.com*
        TAFT STETTINIUS & HOLLISTER LLP
        200 Public Square, Suite 3500
        Cleveland, OH 44114
        (216) 241-2838
        (216) 241-3707 (facsimile)

        —and—
        Isaac J. Colunga (*pro hac vice pending*)
        *IColunga@taftlaw.com*
        TAFT STETTINIUS & HOLLISTER LLP
        111 East Wacker, Suite 2600
        Chicago, IL 60601-4208
        (312) 527-4000
        (312) 527-4011 (facsimile)

        *Attorneys for Defendant*
        *AG Acumen LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on September 24, 2025, the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                      */s/ Daniel H. Bryan*
                                      Daniel H. Bryan (0095309)
                                      *dbryan@taftlaw.com*

                                      *Attorney for Defendant*
                                      *AG Acumen LLC*

176571354v1