IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
FOR THE EASTERN DIVISION

| | | |
|---|---|---|
| PETER WILSON, on behalf of himself and others similarly situated, | ) ) ) | Case No. 1:25-cv-00635-PAB |
| Plaintiff, | ) ) | Judge Pamela A. Barker |
| vs. | ) ) ) | **Declaration of Isaac J. Colunga in Support of Motion for Admission Pro Hac Vice** |
| AG ACUMEN LLC, | ) ) | |
| Defendant. | ) | |

Isaac J. Colunga states as follows:

1. I have personal knowledge of the facts recited herein.

2. I am an attorney with the law firm of Taft Stettinius & Hollister LLP.

3. My office address, telephone number, facsimile number and e-mail address are as follows:

> Isaac J. Colunga
> Taft Stettinius & Hollister LLP
> 111 East Wacker, Suite 2600
> Chicago, IL 60601-4208
> T: (213) 527-4000
> F: (213) 527-4011
> icolunga@taftlaw.com

4. I am a member in good standing of the Bar of the State of Illinois, and am admitted to practice before the Illinois Supreme Court. I was admitted to practice in Illinois on November 9, 2006. My Illinois State bar registration number is 6289253.

5. In addition, I am admitted to practice for the following courts:

   a. U.S. District Court for the Central District of Illinois;

   b. U.S. District Court for the Northern District of Illinois;

      c. U.S. District Court for the Southern District of Illinois;

      d. U.S. District Court for the Eastern District of Michigan;

      e. U.S. District Court for the Western District of Michigan;

      f. U.S. Court of Appeals for the Sixth Circuit;

      g. U.S. Court of Appeals for the Seventh Circuit;

      h. U.S. Court of Appeals for the Eighth Circuit; and the

      i. U.S. Court of Appeals for the Ninth Circuit.

6. I have never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, and have never received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

7. I agree to abide by all rules and procedures contained in the applicable Rules of Procedure and the Local Rules of this Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on Sept. 24, 2025.

_____
Isaac J. Colunga

176571371v1