IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| PETER WILSON, on behalf of himself and others similarly situated, | : | CIVIL ACTION FILE NO. 1:25-cv-00635 |
| Plaintiff, | : | |
| v. | : | |
| AG ACUMEN LLC D/B/A KORVATO | : | |
| Defendant. | : | |

## NOTICE OF SETTLEMENT

The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file appropriate dismissal paperwork within forty-five days.

Dated: October 21, 2025

                                           PLAINTIFF,
                                           By his attorney

                                           By: */s/ Anthony Paronich*
                                           Anthony I. Paronich
                                           Paronich Law, P.C.
                                           350 Lincoln Street, Suite 2400
                                           Hingham, MA 02043
                                           (617) 485-0018
                                           anthony@paronichlaw.com

                                           Brian T. Giles (0072806)
                                           THE LAW OFFICES OF BRIAN T. GILES
                                           1470 Apple Hill Road
                                           Cincinnati, Ohio 45230
                                           Telephone:  (513) 379-2715
                                           Brian@GilesFirm.com

                                           Attorney for Plaintiffs