IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **PETER WILSON, on behalf of himself and others similarly situated,** | Case No. 1:25-cv-635-PAB |
| | JUDGE PAMELA A. BARKER |
| **Plaintiff,** | |
| -vs- | |
| | **ORDER** |
| **AG ACUMEN LLC D/B/A KORVATO,** | |
| **Defendant.** | |

On October 21, 2025, the parties advised the Court that this action has settled. (Doc. No. 15.) Therefore, it is not necessary the action remain on the calendar of the Court.

IT IS ORDERED this action is closed. It shall be marked settled and dismissed, with prejudice, each party to bear its own costs. The Court shall retain jurisdiction to (1) vacate this Order and reopen the action upon cause shown that settlement has not been completed and further litigation is necessary or (2) alter the terms of settlement and dismissal upon agreement of the parties.

**IT IS SO ORDERED.**


Dated:  December 10, 2025            *s/Pamela A. Barker*
                                     PAMELA A. BARKER
                                     UNITED STATES DISTRICT JUDGE